IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ZACKURY SCOTT BURROWS,** **PLAINTIFF**
**ADC #652156**

v.                              5:13CV00059-KGB-JTK

**RAY HOBBS, et al.**                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed with prejudice for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED this 26th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE